UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAWADEE INTHAB TAKEMOTO,

        Plaintiff,

v.

JANET NAPOLITANO, *et al.*,

        Defendants.

No. C11-0721RSL

ORDER TO SHOW CAUSE

        The Court has reviewed plaintiff's complaint and her request that the Court grant her naturalization application. Dkt. # 1. The Court hereby ORDERS defendants to show cause within 60 days why the Court should not grant plaintiff's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this Court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted[.]" 8 U.S.C. § 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all reasons that plaintiff's naturalization application has not been approved; (2) all reasons that the Court should not approve the application immediately; and, if appropriate (3) a proposed plan for promptly deciding plaintiff's naturalization application.

        Dated this 16th day of June, 2011.

        */s/ Robert S. Lasnik*

        Robert S. Lasnik
        United States District Judge

ORDER TO SHOW CAUSE