Hon. Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAWADEE INTHAB TAKEMOTO, | ) |
| Plaintiff, | ) No. C11-721-RSL |
| v. | ) |
| JANET NAPOLITANO, et al., | ) STIPULATION AND ORDER |
| Defendants. | ) OF REMAND AND DISMISSAL |

The Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and jointly move the Court for an order remanding this matter to U.S. Citizenship and Immigration Services ("CIS") and dismissing, without prejudice, the Petition for Naturalization Hearing and Complaint for Mandamus and Declaratory Relief (Dkt. No. 1) in the above-captioned case.

This is an action for a judicial hearing on Plaintiff's application for naturalization. Plaintiff alleges a delay by CIS in adjudicating the matter. The parties have been advised that, subsequent to the filing of suit, all necessary background checks and investigations have been completed and CIS is now ready to adjudicate the matter and issue a decision on Plaintiff's application for naturalization.

Accordingly, the parties, through their undersigned counsel, hereby stipulate and jointly move that the Court make the following order:

STIPULATION AND ORDER
OF REMAND AND DISMISSAL - 1
(C11-721-RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. The Plaintiff's naturalization application is REMANDED to U.S. Citizenship and Immigration Services for adjudication of, and issuance of a decision on, said application within 30 days of after entry of this Order;

2. This action is DISMISSED without prejudice and without costs or attorney's fees; and

3. The Court shall retain jurisdiction to enforce the terms of this stipulation.

Respectfully submitted,

*/s/ Bart Klein*            DATED: 7/5/11
BART KLEIN, WSBA #10909
Attorney for Plaintiff


JENNY A. DURKAN
United States Attorney


*/s/ Robert P. Brouillard*            DATED: 7/5/11
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Attorneys for Defendants

## **ORDER**

The above is SO ORDERED.

Dated this 6th day of July, 2011.

Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER
OF REMAND AND DISMISSAL - 2
(C11-721-RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970